# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Sylvia Tascon (Cole),

                Plaintiff,        Case No. 24-cv-12138

v.                                       Judith E. Levy
                                          United States District Judge

Woodcraft Square Apartments, *et al.*,                Mag. Judge Curtis Ivy, Jr.

                Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS [5] AND DIRECTING PLAINTIFF TO SUBMIT A REVISED APPLICATION

On August 15, 2024, Plaintiff Sylvia Tascon (Cole) filed a complaint arising from alleged violations of the Civil Rights Act of 1968, the Rehabilitation Act of 1973, and the Violence Against Women Act. (ECF No. 4.) She also filed an application to proceed without prepaying the fees or costs for this litigation—or to proceed *in forma pauperis*—on August 15, 2024. (ECF No. 5.)

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who

submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). Inadequate completion of an application to proceed *in forma pauperis* is grounds for denial of that application in the Eastern District of Michigan. *See Shaw v. Oakland Cnty. Friend of the Ct.*, No. 20-12492, 2020 WL 7024912, at *3 (E.D. Mich. Nov. 30, 2020).

Here, Plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff does not specify her take-home pay or wages per pay period. (ECF No. 5, PageID.86.) In addition, she did not provide the "[n]ames (or, if under 18, *initials only*) of all persons who are dependent on [her] for support, [her] relationship with each person, and how much [she] contribute[s] to their support." (ECF No. 5, PageID.87 (emphasis added).) Without this information, the Court cannot determine whether Plaintiff is unable to pay the applicable fees.

Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is stricken. If Plaintiff wishes to renew her request to proceed without prepaying the fees or costs for this litigation, she must submit a revised Application to Proceed in District Court Without Prepaying Fees or Costs by **December 6, 2024**. In her submission, Plaintiff must

(1) answer each of the questions that appear in the application, (2) identify the initials only of the people who are dependent on her for support, and (3) how much money she contributes to each of the people who are dependent on her for support. If Plaintiff does not comply with this order, the case may be dismissed for failure to prosecute pursuant to Eastern District of Michigan Local Rule 41.2.

IT IS SO ORDERED.

Dated: November 18, 2024      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 18, 2024.

                                                  s/William Barkholz
                                                  WILLIAM BARKHOLZ
                                                  Case Manager